1 THOMAS P. O'BRIEN
United States Attorney
2 LEON W. WEIDMAN
Assistant United States Attorney
3 Chief, Civil Division
GERALYN A. GULSETH
4 Special Assistant United States Attorney
California Bar No. 160872
5
   333 Market Street, Suite 1500
6  San Francisco, California 94105
   Telephone: (415) 977-8923
7  Facsimile: (415) 744-0134
   E-Mail: Geralyn.Gulseth@ssa.gov
8
Attorneys for Defendant,
9   Commissioner of Social Security

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| MARSHA DeCONTRERAS, ) | SACV 08-0804 FMO |
| Plaintiff, ) | |
| v. ) | **JUDGMENT OF REMAND** |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) | |
| Defendant. ) | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED: 2-10-09                   /s/
                                 HON. FERNANDO M. OLGUIN
                                 UNITED STATES MAGISTRATE JUDGE