**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for MARSHA DeCONTRERAS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHA DeCONTRERAS ) <br> ) <br> Plaintiff, ) <br> ) <br> v ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> COMMISSIONER OF SOCIAL ) <br> SECURITY, ) <br> ) <br> Defendant. ) <br> _____ ) | No. SACV08-0804 FMO <br><br> ORDER <br> AWARDING EAJA FEES AND <br> COSTS |

Based upon the parties' Stipulation for Award of EAJA Fees and costs ("Stipulation"),

IT IS ORDERED that counsel for Plaintiff, as assignee of the Plaintiff, is awarded attorney fees under the Equal Access to Justice Act in the amount of ONE THOUSAND SIX HUNDRED DOLLARS ($1,600.00) and costs in the amount of THREE HUNDRED SIXTY SEVEN DOLLARS and EIGHTY SEVEN CENTS ($367.87), as authorized by 28 U.S.C. §§ 1920 and 2412(d), and subject to the terms of the Stipulation.

Dated: 3/30/09

_____/s/_____
UNITED STATES MAGISTRATE JUDGE

1